IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALMUMINUM MARROW, | No. 4:25-CV-01569 |
| Petitioner, | (Chief Judge Brann) |
| v. | |
| WARDEN FCI SCHUYLKILL, | |
| Respondent. | |

## ORDER

**AND NOW**, this 30th day of January 2026, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Petitioner Almuminum Marrow's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 is **DENIED** without prejudice to his right to seek nunc pro designation of a state institution for concurrent service of a federal sentence as more fully described in BOP Program Statement 5160.05 and *Barden v. Keohane*, 921 F.2d 476 (3d Cir. 1990).

2. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge